IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-60898

IN RE: BILLY R. ARMSTRONG,

Movant.

Motion for an order authorizing
the United States District Court for the
Southern District of Mississippi to consider
a successive 28 U.S.C. § 2254 application

U.S COURT OF APPEALS
FILED
DEC 5 2006
CHARLES R. FULBRUGE III
CLERK

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 1 3 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

Before KING, GARZA, and OWEN, Circuit Judges.

PER CURIAM:

   Billy R. Armstrong, Mississippi prisoner # 76350, seeks leave to file a second 28 U.S.C. § 2254 application in the district court challenging his 1996 armed robbery conviction. See 28 U.S.C. § 2244(b)(3)(A).  He raises the following three issues:  (1) whether his sentence violates the Ex Post Facto Clause; (2) whether the Respondent denied his earned time credits; and (3) whether his sentence must be served under Mississippi's "Truth-in-Sentencing Laws."

   Armstrong fails to make a prima facie showing that his successive application meets the requirements of § 2244(b). Therefore, IT IS ORDERED that his motion is DENIED.